UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LEONARD CHILDS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. C-12-231 |
| § | |
| RICK THALER, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO SUMMARILY DISMISS THE HABEAS PETITION

On August 2, 2012, United States Magistrate Judge Brian L. Owsley issued his "Memorandum and Recommendation to Summarily Dismiss the Habeas Petition" (D.E. 8). The Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 8), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge.  Accordingly, the *habeas corpus* petition (D.E. 1) is **DISMISSED**.  In the event that the Petitioner seeks a certificate of appealability, the request is **DENIED**.

    ORDERED this 20th day of August, 2012.

                                              _____
                                              NELVA GONZALES RAMOS
                                              UNITED STATES DISTRICT JUDGE